**F I L E D**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 0 4 2015

DAVID J. MALAND, CLERK
BY
DEPUTY _KOoo~_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 1:15-CR- _5_ |
| v. | § | Judge _Clark – Giblin_ |
| | § | |
| SHANNON TECOKO MAYS | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 3146(a)(1)
(Failure to Appear After Pre-trial Release)

On or about January 8, 2015, in the Eastern District of Texas, the defendant, **Shannon Tecoko Mays**, having been charged with a violation of 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud, a felony offense punishable by imprisonment for a term of 15 years or more, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charge, for appearance before United States District Judge Ron Clark at Beaumont, Texas on January 8, 2015, for a final pretrial conference in Cause No. 1:14-CR-19, entitled *United States v. Shannon Tecoko Mays, et al*, did knowingly and willfully fail to appear as required.

In violation of 18 U.S.C. § 3146(a)(1).

A TRUE BILL

_____C AJ_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_Baylor Wortham_
BAYLOR WORTHAM
Assistant United States Attorney

_February 4, 2015_
Date

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 1:15-CR-5 |
| v. | § § | Judge _____ |
| | § | |
| SHANNON TECOKO MAYS | § | |

## NOTICE OF PENALTY

### Count One

Violation:      18 U.S.C. § 3146(b)

Penalty:      If the person was released in connection with a charge for an offense that is punishable by imprisonment for a term of 15 years or more, then the penalty is a term of imprisonment of not more than ten (10) years, a fine not to exceed $250,000 (or the greater of two times the gross gain to the defendant or two times the loss to the victim), or both; and a term of supervised release of not more than three (3) years.

A term of imprisonment imposed under 18 U.S.C. § 3146 shall be consecutive to the sentence of imprisonment for any other offense.

Special Assessment:      $ 100.00